JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALLISON,<br><br>            Plaintiff,<br><br>    v.<br><br>PEDRO BORDENAVE, Trustee (created by a Declarant of Trust dated July 12, 1990); CECILE BORDENAVE, Trustee (created by a Declarant of Trust dated July 12, 1990); and Does 1-10,<br><br>            Defendants. | Case No.: 2:20-cv-04284-AB-PD<br><br>*Hon. Andre Birotte, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  May 12, 2020<br>Trial Date:      Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Steven Allison's ("Plaintiff") action against Defendants Pedro Bordenave, Trustee (created by a Declarant of Trust dated July 12, 1990) and Cecile Bordenave, Trustee (created by a Declarant of Trust dated July 12, 1990) ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: August 10, 2020

Hon. Andre Birotte, Jr.
United States District Judge
Central District of California